Form 6 (ND/SD Miss. Dec. 2016)

United States District Court
NORTHERN District of Mississippi

Nancy Robinson        Plaintiff

v.        Civil Action No.   1:25-CV-140-DMB-DAS

Draka Elevator Products, Inc.        Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Grace A. Kuntz

Firm Name: Frost Brown Todd, LLP

Office Address: Great American Tower, 301 East Fourth Street, Suite 3300

City: Cincinnati    State: OH    Zip: 45202

Telephone: 513.651.6968    Fax: 513.651.6981

E-Mail: gkuntz@fbtlaw.com

(B) Client(s): Prysmian Group NA d/b/a Draka Elevator Products, Inc.

Address: 2512 Penny Road

City: Claremont    State: NC    Zip: 28610

Telephone: (828) 459-9787    Fax: (828) 459-8267

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes. There is no relationship between the previous matters and this proceeding for which I seek admission.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

My co-counsel and I have a longstanding relationship with the client and a strong familiarity with their business operations, which allows us to represent them efficiently and effectively.

(C)     I am admitted to practice in the:

         ☑      State of Ohio

         ☐      District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Ohio
65 S. Front Street
Columbus, OH 43215-3431
Phone: 614.387.9320 or 614.387.9000
ATTYREG@sc.ohio.gov

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Southern District of Ohio | 12-11-23 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | | Yes | No |
|---|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
|  |  |  |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ● / No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ● / No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Jennifer M. Studebaker (10433)

Firm Name:   Forman Watkins & Krutz LLP

Office Address:   210 East Capitol Street, Suite 2200

City: Jackson   State: MS   Zip: 39201

Telephone: 601-973-5983   Fax: 601-960-8613

Email address: Jennifer.Studebaker@formanwatkins.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*[signature]*
Resident Attorney

I certify that the information provided in this Application is true and correct.

11/24/2025
Date

*[signature]*
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 26th day of November, 2025.

*[signature]*
Resident Attorney

6