**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**NANCY ROBINSON**                                                                       **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:25-CV-140-DMB-DAS**

**DRAKA ELEVATOR PRODUCTS, INC.**                                 **DEFENDANT**

## ORDER ADMITTING COUNSEL PRO HAC VICE

The court has considered the motions to have attorneys Neal Shah and Grace A. Kuntz appear *pro hac vice* on behalf of the defendant, Draka Elevator Products, Inc. Doc. 7, 8. After reviewing the motions and the record, the court finds that the requirements of L.U.Civ.R. 83.1(d) have been met and the motions should be granted. However, admission *pro hac vice* <u>shall be conditional</u> upon counsel's completion of the process of registration to be served electronically with orders and notices from the court, as well as electronically filing a Notice of Attorney Appearance. **Failure to comply with these additional requirements will result in revocation of admission** ***pro hac vice.*** If counsel has not already completed the registration process, counsel must do so within fourteen days of the date of this order. **Prior to the completion of electronic registration, it remains the responsibility of local counsel to notify counsel admitted by this order of all filings with the court in this action, including this order.**

**SO ORDERED**, this the 2nd day of December, 2025.

                                                                 /s/ David A. Sanders
                                                                 **UNITED STATES MAGISTRATE JUDGE**