IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NANCY ROBINSON                                                                                    PLAINTIFF

vs.                                                        CIVIL ACTION NO. 1:25-CV-140-DMB-DAS

DRAKA ELEVATOR PRODUCTS, INC.                                              DEFENDANT

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

Before the court is the Motion to Withdraw as Counsel [Doc. 10] filed by Jane Ashley Watson. Noting that Nick Norris will continue to represent Plaintiff, the court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Jane Ashley Watson be, and hereby is, allowed to withdraw as counsel for Plaintiff Nancy Robinson.

SO ORDERED, this the 4th day of December, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE